**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Madison Burris, Individually, and as Administrator of the Estate of Ricky Lee Burris | : | Case No. 2:19-cv-00815 |
| | : | |
| Plaintiff, | : | Judge Michael H. Watson |
| | | Chief Magistrate Judge Elizabeth P. Deavers |
| v. | : | |
| Randall J. Dodds, et al., | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

Now come the parties to file this joint status report in accordance with this Court's Order (Doc. 147, PageID#3275). The parties jointly report that the settlement subject to Logan County Probate Court approval, as reported in the parties' November 27, 2023 Joint Status Report (Doc. 148), is still progressing. The parties will continue to keep this Court advised, and the parties will dismiss the above-captioned case as soon as the probate court approves the settlement and the settlement amount is paid.

Respectfully submitted:

| | |
|---|---|
| s/Alphonse A. Gerhardstein | s/Daniel T. Downey |
| Alphonse A. Gerhardstein (0032053) | Daniel T. Downey (0063753) |
| FRIEDMAN, GILBERT + GERHARDSTEIN | Angelica M. Jarmusz (0092249) |
| 432 Walnut Street, Suite 400 | FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP |
| Cincinnati, Ohio 45202 | 7775 Walton Pkwy, Suite 200 |
| (513) 621-9100 – Telephone | New Albany, Ohio 43054 |
| (513) 345-5543 – Fax | (614) 221-1216 – Telephone |
| agerhardstein@gbfirm.com | (614) 221-8769 – Fax |
| *Trial Attorney for Plaintiff* | ddowney@fisheldowney.com |
| | ajarmusz@fisheldowney.com |
| Tina McFall (0082586) | *Attorneys for Defendants Randall J. Dodds, Logan County, Ohio/Board of County Commissioners, Dr. Scott Z. Costin, D.O., Nurse Elizabeth J. Bibart, R.N., Corporal Christina Joseph, Sergeant Adam Fullerton, and Corrections Officer Camden Roberts* |
| Marc Triplett (0021222) | |
| TRIPLETT, MCFALL & WOLFE LAW, LLC | |
| 332 S Main Street | |
| Bellefontaine, Ohio 43311 | |
| (937) 593-6591 – Telephone | |
| (937) 593-2867 – Fax | |
| mcfall@tmwlawyers.com | |
| triplett@tmwlawyers.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing ***Joint Status Report*** was served this 28th day of December 2023 through the Court's electronic filing system.

      s/Daniel T. Downey
      Daniel T. Downey (0063753)
      **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
      *Attorney for Defendants Randall J. Dodds, Logan County, Ohio/Board of County Commissioners, Dr. Scott Z. Costin, D.O., Nurse Elizabeth J. Bibart, R.N., Corporal Christina Joseph, Sergeant Adam Fullerton, and Corrections Officer Camden Roberts*